**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COUNTY OF ROCKLAND, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, *et al.*,<br><br>*Defendants*. | No. 24 Civ. 2285 (CS) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority. I certify that I am admitted to practice in this Court.

Dated: May 14, 2024
New York, New York

*/s/ Roberta A. Kaplan*
Roberta A. Kaplan
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
rkaplan@kaplanhecker.com

*Counsel for Defendants the Metropolitan Transportation Authority and the Triborough Bridge and Tunnel Authority*