**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0883
DIRECT EMAIL   rkaplan@kaplanhecker.com

June 5, 2024

BY CM/ECF

The Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

      Re:    *County of Rockland v. Triborough Bridge and Tunnel Auth.*, No. 24 Civ. 2285 (S.D.N.Y.) (CS); *Neuhaus v. Triborough Bridge and Tunnel Auth.*, No. 24 Civ. 3983 (S.D.N.Y.) (CS)

Dear Judge Seibel:

      We write on behalf of the Metropolitan Transportation Authority ("MTA") in the above-captioned cases to inform the Court that Governor Hochul has directed the MTA to pause implementation of the Manhattan Central Business District Congestion Pricing Program (the "Program") under state law. As a result, at this time, we no longer anticipate implementation of the Program on the prior expected implementation date of June 30, 2024. We will keep the Court apprised of any further information as it develops. Of course, we also would be happy to answer any questions that the Court may have.

                                              Respectfully submitted,

                                              Roberta A. Kaplan

cc: Mark A. Chertok and Elizabeth Knauer