**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0883
DIRECT EMAIL   rkaplan@kaplanhecker.com

June 11, 2024

BY CM/ECF

The Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

> Re: *County of Rockland v. Triborough Bridge and Tunnel Auth.*, No. 24 Civ. 2285 (S.D.N.Y.) (CS) ("*Rockland*"); *Neuhaus v. Triborough Bridge and Tunnel Auth.*, No. 24 Civ. 3983 (S.D.N.Y.) (CS) ("*Orange*")

Dear Judge Seibel:

We write on behalf of the Metropolitan Transportation Authority ("MTA") and the Triborough Bridge and Tunnel Authority ("TBTA," collectively, the "MTA Defendants") concerning the schedule in the above-captioned cases. In light of Governor Kathy Hochul's recent announcement that she intended there to be a pause with respect to implementation of the Manhattan Central Business District Congestion Pricing Program, previously anticipated to commence operation on June 30, 2024 (*see Rockland*, ECF 18; *Orange*, ECF 15), the MTA Defendants plan to meet and confer with counsel for all parties in order to submit a proposed plan and schedule, hopefully jointly, for litigating the pending claims across the two cases moving forward.

Respectfully submitted,

*/s/ Roberta A. Kaplan*

Roberta A. Kaplan