UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------------X  
County of Rockland et al,  

                            Plaintiff(s)  

    -against-  

Triborough Bridge and Tunnel Authority et al,  
                            Defendant(s).  
-------------------------------------------------------------------X  

**NOTICE OF COURT CONFERENCE**

7:24-CV-02285 (CS)

A Bench Ruling (as to the pending motion) is scheduled for **December 23, 2024 at 1:00 p.m.** before the Honorable Cathy Seibel at the Charles L. Brieant United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.

                                              /s/ Walter Clark, Courtroom Deputy

Dated:   December 17, 2024  
           White Plains, New York