UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
COUNTY OF ROCKLAND, COUNTY EXECUTIVE
EDWIN J DAY, and LEGISLATURE OF THE COUNTY OF
ROCKLAND,

                        Plaintiffs,

   – against –

METROPOLITAN TRANSPORTATION AUTHORITY and
TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,

                        Defendants.
------------------------------------------------------------------------x

STEVEN M. NEUHAUS and COUNTY OF ORANGE,

                        Plaintiffs,

   – against –

METROPOLITAN TRANSPORTATION AUTHORITY and
TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,

                        Defendants.
------------------------------------------------------------------------x

**ORDER**

No. 24-CV-2285 (CS)
No. 24-CV-3983 (CS)

Seibel, J.

     For the reasons set forth on the record today, Plaintiffs' respective motions for a preliminary injunction, (ECF No. 43 in 24-CV-2285 and ECF No. 37 in 24-CV-3983), are denied.  The Clerk of Court shall terminate those motions.

**SO ORDERED.**

Dated:  December 23, 2024
         White Plains, New York

                                                               _____
                                                               CATHY SEIBEL, U.S.D.J.