## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

COUNTY OF ROCKLAND, EDWIN J. DAY, in his official capacity as County Executive, and the LEGISLATURE OF THE COUNTY OF ROCKLAND,

                Plaintiffs,                24 **CIVIL** 2285 (CS)

    -against-                            **<u>JUDGMENT</u>**

TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY and METROPOLITAN TRANSPORTATION AUTHORITY,

                Defendants.

-----------------------------------------------------------------------X

STEVEN M. NEUHAUS, individually and in his official capacity as County Executive, and COUNTY OF ORANGE,

                Plaintiff,                24 **CIVIL** 3983 (CS)

    -against-

TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY and METROPOLITAN TRANSPORTATION AUTHORITY,

                Defendants.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 14, 2025, Defendants' motion to dismiss is GRANTED.

**Dated:** New York, New York

      July 14, 2025                                          **TAMMI M. HELLWIG**

                                                                **Clerk of Court**

                               **BY:**

                                                                **Deputy Clerk**